NUMBER
13-04-644-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG 

_________________________________________________________

 

ANDY PEREIDA,                                                      Appellant,

 

                                           v.

 

MIRNA PENA PEREIDA, ET AL.,                                  Appellees.

_________________________________________________________

 

             On appeal from the 105th
District Court 

                      of Nueces County,
Texas.

_________________________________________________________

 

                     MEMORANDUM
OPINION

 

       Before
Chief Justice Valdez and Justices Hinojosa and Garza

                      Memorandum Opinion Per
Curiam

 








Appellant, ANDY PEREIDA, perfected an appeal from a
judgment entered by the 105th District Court of Nueces
County, Texas, in cause number 01-6304-D.  After the record was filed, appellant filed a
motion to dismiss the appeal.  In the
motion, appellant states that all issues have been settled as a result of
court-ordered mediation.  Appellant
requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that the motion should be granted.  Appellant=s motion to dismiss is granted, and the appeal is
hereby DISMISSED.

PER CURIAM

Memorandum Opinion
delivered and filed this

the 16th
day of June, 2005.